MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax: (650) 599-9785
*Email: michaeleadams@earthlink.net*

Attorney for Plaintiff
MAHMUD KEDKAD

LYNNE C. HERMLE (SBN 99779)
JOSEPH C. LIBURT (SBN 155507)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Fax: (650) 614-7401
*Email: lchermle@orrick.com*
*Email: jliburt@orrick.com*

DEVIN SLACK (*Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Fax: (212-506-5151
*Email: dslack@orrick.com*

Attorneys for Defendant Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KEDKAD<br><br>　　　　Plaintiff(s),<br><br>　　　v.<br><br>MICROSOFT CORPORATION, INC., et. al.<br><br>　　　　Defendant(s).<br>_____/ | No.  C 3:13-CV-00141 TEH<br><br>**STIPULATION TO ALLOW LATE FILING OF OPPOSITION TO MOTION TO DISMISS COMPLAINT; DECLARATION; [**P~~ROPOSED~~**] ORDER** |

　　　　The parties hereto, by and through their undersigned counsel, stipulate, subject to approval of the court, to relieve Plaintiff from his failure to file timely opposition to Defendant's

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Allow Late Filing of Opposition to Motion to Dismiss; Declaration; [proposed] Order

previously filed Motion to Dismiss the Complaint ("Motion"), and to allow Plaintiff to file opposition to the Motion by no later than June 5, 2013, with any reply by Defendant then to be filed by June 12, 2013, and the hearing to be re-noticed for July 8, 2013 at 10:00 a.m.

DATED: May 1, 2013                                                DATED: May 1, 2013

/s/ Michael E. Adams                                              /s/ Devin Slack
_____                          _____
Attorney for Plaintiff                                            Attorney for Defendant
MAHMOUD KEDKAD                                                    MICROSOFT CORPORATION

## DECLARATION

I, MICHAEL E. ADAMS, hereby declare:

1. I am the attorney of record herein for Plaintiff Mahmoud Kedkad.

2. Early this month, shortly after Defendant Microsoft Corporation filed its Motion to Dismiss the Complaint ("Motion"), I discussed the motion with Defendant's counsel, Devin Slack, including my wish to conduct some limited discovery relating to the motion.

3. During this month, the instant matter was successively reassigned first to Hon. Phyllis J. Hamilton and then to Hon. Thelton Henderson.  Court notices of said reassignments stated, *inter alia*, that all pending motions were be taken off calendar for re-noticing.  Preoccupied with other litigation matters, I did not carefully read the notices and I incorrectly assumed that new dates for briefing the Motion would be based on the date on which it was re-noticed.  I learned to my surprise of my error during a further discussion with Mr. Slack concerning the Motion early last week.

I declare under penalty of perjury that the foregoing is true and correct.  Signed this 1st day of May, 2013 in Redwood City, CA.

/s/ Michael E. Adams
_____
MICHAEL E. ADAMS

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Allow Late Filing of Opposition to Motion to Dismiss; Declaration; [proposed] Order

[~~PROPOSED~~] **ORDER**

The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED that Defendant Microsoft Corporation shall re-notice its Motion to Dismiss the Complaint for July 8, 2013 at 10:00 a.m., that Plaintiff is granted leave to file opposition thereto by June 5, 2013, and that Defendant may file any reply thereto by June 12, 2013.

DATED: May 2, 2013

_____
Judge Thelton E. Henderson

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

3

Stipulation to Allow Late Filing of Opposition to Motion to Dismiss; Declaration; [proposed] Order