MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:          (650) 599-9785

Attorney for Plaintiff
MAHMOUD KEDKAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KEDKAD,<br><br>            Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, INC.,<br>EMEA, NEPA, and MICROSOFT LIBYA,<br><br>            Defendants.<br>_____ | Case No. 3:13-cv-00141 TEH<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS**<br>[FRCP Rule 41(a)(1)(A)(i)] |

TO: THE ABOVE ENTITLED COURT, AND TO DEFENDANT MICROSOFT CORPORATION AND ITS ATTORNEYS OF RECORD HEREIN:

   Plaintiff Mahmoud Kedkad, by and through his undersigned counsel, hereby gives notice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) that he is dismissing herefrom the following defendants: EMEA, NEPA, and MICROSOFT LIBYA.

DATED: June 5, 2013

06/10/2013
IT IS SO ORDERED
[signature]
Judge Thelton E. Henderson

/s/ Michael E. Adams
_____
MICHAEL E. ADAMS
Attorney for Plaintiff
MAHMOUD KEDKAD

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Plaintiff's Notice of Dismissal of Certain Defendants