UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHMOUD KEDKAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:13-cv-00141-TEH<br><br>[~~PROPOSED~~] ORDER RESCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE |

Upon consideration of Defendant's Motion for an Order Rescheduling the Initial Case Management Conference, it is hereby

ORDERED that the request is GRANTED. The Initial Case Management Conference is rescheduled for **November 4, 2013, at 1:30 p.m.** in Courtroom 12, on the 19th floor. The parties shall exchange their Initial Disclosures and file their Joint Case Management Statement by no later than **October 21, 2013**.

IT IS SO ORDERED.

Dated: October 21, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Thelton E. Henderson