MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Tel: (650) 599-9463
Email: michaeleadams@earthlink.net

Attorney for Plaintiff
MAHMOUD KEDKAD

DEVIN SLACK *(Pro Hac Vice)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Email: dslack@orrick.com

Attorney for Defendant
MICROSOFT CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KEDKAD<br><br>      Plaintiff(s),<br><br>    v.<br><br>MICROSOFT CORPORATION, INC., et. al.<br><br>      Defendant(s).<br>_____/ | No. C 3:13-CV-00141 TEH<br><br>**STIPULATION TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION; [~~PROPOSED~~] ORDER** |

The parties hereto, by and through their undersigned counsel, stipulate, subject to approval of the court, to continue the telephonic case management conference herein from December 16, 2013 at 1:30 p.m. to January 27, 2014 at 1:30 p.m. The reason for this stipulation is that, as set forth in his supporting declaration hereinbelow, Plaintiff's counsel represents that he has a calendar conflict with the presently set date. If this continuance is granted, the parties will file an updated Joint Case Management Statement by January 20, 2014

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Continue Telephonic Case Management Conference;
Supporting Declaration; [Proposed] Order

DATED: December 9, 2013                    DATED: December 9, 2013

*/s/ Michael E. Adams*                     */s/ Devin Slack*

_____               _____
MICHAEL E. ADAMS                           DEVIN SLACK *(Pro Hac Vice)*
Attorney for Plaintiff                     Attorney for Defendant
MAHMOUD KEDKAD                             MICROSOFT CORPORATION

## SUPPORTING DECLARATION

I, MICHAEL E. ADAMS, hereby declare:

1. I am the attorney of record herein for Plaintiff Mahmoud Kedkad.

2. I have a calendar conflict with the present setting of the telephonic case management conference herein for December 16, 2013 at 1:30 p.m. in that I will at that time be in a jury trial before Hon. Charles R. Breyer of this court which is scheduled to commence that morning.

3. There have been no previous modifications of the date and time set for the telephonic case management conference.

4. I believe that this stipulated continuance of the date and time set for the telephonic case management conference will have only a minor effect on subsequent dates to be scheduled for this case.

I declare, under penalty of perjury, that the foregoing is true and correct. Signed this 10th day of December, 2013 in Redwood City, CA.

*/s/ Michael E. Adams*

_____
MICHAEL E. ADAMS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Continue Telephonic Case Management Conference;
Supporting Declaration; [Proposed] Order

## [~~PROPOSED~~] ORDER

The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED that the telephonic case management conference presently scheduled herein for December 16, 2013 at 1:30 p.m. be continued to January 27, 2014 at 1:30 p.m. The parties shall file an updated Joint Case Management Statement by January 20, 2014.

DATED: December 11, 2013

_____
HON. THELTON E. HENDERSON
U.S. DISTRICT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

3

Stipulation to Continue Telephonic Case Management Conference;
Supporting Declaration; [Proposed] Order