UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHMOUD KEDKAD,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, INC., et al.,<br><br>    Defendants. | Case No. 3:13-cv-00141-TEH<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE RELIF PURSUANT TO CIVIL L.R. 7-11 AND 16-2(d)**<br><br><span style="color:red">IT IS SO ORDERED AS MODIFIED</span> |

Upon consideration of the parties' Joint Motion for Administrative Relief, it is hereby ORDERED that the motion is GRANTED and deadlines for this case are reset as follows:

- Settlement Statement - ~~October 27, 2014~~
- Settlement Conference - ~~November 3, 2014~~
- Close of fact discovery – December 8, 2014
- Filing of dispositive motions – January 23, 2015
- Plaintiff's identification of experts – February 4, 2015

<span style="color:red">Requests to continue the settlement conference date and settlement statement deadline must be made to Judge Laporte.</span>

[

- Plaintiff's service of expert reports or disclosures – February 20, 2015
- Defendant's identification of experts – March 6, 2015
- Hearing on dispositive motions – March 16, 2015
- Pre-Trial Meet and Confer – May 11, 2015
- Service of rebuttal expert disclosures – March 20, 2015
- Close of expert discovery – April 30, 2015
- Filing of motions *in limine* – June 1, 2015; written oppositions - June 8, 2015
- Filing of pretrial statement(s)/disclosures – ~~June 8, 2015~~ June 5, 2015
- Pretrial Conference – June 15, 2015, at ~~1:30 p.m.~~ 3:00 p.m.
- Trial – ~~July 6, 2015~~ July 7, 2015, continuing day to day as necessary.

IT IS SO ORDERED. No further extensions shall be granted!

Dated: ____08/04____, 2014

THELTON E. HENDERSON
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson