UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD KEDKAD,

    Plaintiff,

    v.

MICROSOFT CORPORATION, INC., et al.,

    Defendants.

No. 3:13-cv-00141 TEH (EDL)

NOTICE OF CONTINUANCE OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the parties joint request dated August 12, 2014, the settlement conference is hereby continued from September 4, 2014 to November 21, 2014 at 9:30 a.m. The location shall remain the same.

Confidential settlement conference statements are now due November 12, 2014. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's courtroom deputy clerk at (415) immediately if this case settles prior to the date set for settlement conference.

Dated: August 13, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge