1  LYNNE C. HERMLE (State Bar No. 99779)
   JOSEPH C. LIBURT (State Bar No. 155507)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California  94025
   Telephone: 650-614-7400
4  Facsimile: 650-614-7401
   lchermle@orrick.com
5  jliburt@orrick.com

6  RENEE PHILLIPS (*Pro Hac Vice*)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  51 W. 52nd Street
   New York, New York  10019
8  Telephone: 212-506-5000
   Facsimile: 212-506-5151
9  rphillips@orrick.com

10 Attorneys for Defendant Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MAHMOUD KEDKAD, | Case No. 3:13-cv-00141-TEH-EDL |
|---|---|
| Plaintiff, | **RULE 41 STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| MICROSOFT CORPORATION, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Mahmoud Kedkad and Microsoft Corporation (collectively, the "Parties") hereby stipulate that the above-referenced action shall be dismissed with prejudice in entirety as to all defendants. Each party shall bear his/its own fees and costs.

Dated: November 24, 2014          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Joseph C. Liburt_____
         Joseph C. Liburt

Attorneys for Defendant Microsoft Corporation

Dated: November 24, 2014          LAW OFFICES OF MICHAEL E. ADAMS


By: _____/s/ Michael E. Adams_____
         Michael E. Adams

Attorney for Plaintiff Mahmoud Kedkad

As the attorney e-filing this document, I, Joseph C. Liburt, attest that Michael E. Adams has concurred in the filing of this document
/s/ Joseph C. Liburt

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

11/26/2014

IT IS SO ORDERED

Judge Thelton E. Henderson

OHSUSA:759777108.1